UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PHILIP ALLINGTON                          :

   v.                                    :     CASE NO. 3:10CV1073 (AWT)

DELANOR, KEMPER & ASSOCIATES, LLC :

## JUDGMENT

This action having come on for consideration of the defendant's motion for judgment before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having granted the motion for judgment, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff Philip Allington, against the defendant Delanor, Kemper & Associates, LLC, in the total amount of $30,990.26, which represents:  an award of actual damages in the amount of $11,038; statutory damages under 15 U.S.C. § 1692k(a)(2)(A), in the amount of $1,000; punitive damages in the amount of $12,076; and attorney's fees and costs in the amount of $6,876.26.

Dated at Hartford, Connecticut, this 15th day of February, 2011.

                                          ROBIN D. TABORA, Clerk
                                          United States District Court

                                          By   /s/ SLS
EOD _____                              Sandra Smith, Deputy Clerk